FILED
CLERK, U.S. DISTRICT COURT

JUN 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority ✗
Send ✗
Enter ✗
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ANTONIO ZARATE PEREZ,  ) No. CV 07-3120 JVS (FFM)
        Petitioner,  )
                           ) ORDER ADOPTING FINDINGS,
                           ) CONCLUSIONS AND
    v.  ) RECOMMENDATIONS OF
                           ) UNITED STATES MAGISTRATE JUDGE
JAMES E. TILTON, Warden,  )
        Respondent.  )
_____)

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

      IT THEREFORE IS ORDERED that: (1) respondent's Motion to Dismiss is GRANTED; and (2) Judgment be entered dismissing this action without prejudice as unexhausted.

DATED: _____5.30.08_____

                                                    /s/ James V. Selna
                                                    JAMES V. SELNA
                                               United States District Judge