FILED
CLERK, U.S. DISTRICT COURT

JUN 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTONIO ZARATE PEREZ,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JAMES E. TILTON, Warden,<br><br>　　　　Respondent. | No. CV 07-3120 JVS (FFM)<br><br>JUDGMENT |

　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: _____6. 3. 08_____

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　　　United States District Judge